Before the Second Division, July 23, 1962

**No. 66929.**—Frederick H. Cone & Co., Inc. v. United States, protest 61/4371 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

**No. 66930.**—Barclay Clover, Inc., and Virchand Panachand & Co., Inc. v. United States, protests 60/19088 and 60/22971 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C.C.P.A. 136, C.A.D. 585), the claim of the plaintiffs was sustained.